# EXHIBIT B

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook_____ COUNTY | SUMMONS | *For Court Use Only*<br><br>FILED<br>6/17/2022 11:46 AM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>20221106701<br>Courtroom, 1501<br>18330951 |
|---|---|---|

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Arthur Jackson<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | Equifax Information Services, LLC<br>**Defendant / Respondent** *(First, middle, last name)* | 20221106701<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☑ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | Filer Selected Hearing Date: No hearing scheduled<br>Location: <<CourtRoomNumber>><br>Judge: Courtroom, 1501<br>System Generated Hearing Date: 6/28/2022 9:30 AM<br>Location: Court Room 1501<br>Judge: Simon, John A. |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>  a. Defendant/Respondent's primary address/information for service:<br>    Name *(First, Middle, Last)*: Equifax Information Services, LLC<br>    Registered Agent's name, if any: ILLINOIS CORPORATION SERVICE COMPANY<br>    Street Address, Unit #: 801 ADLAI STEVENSON DRIVE<br>    City, State, ZIP: SPRINGFIELD, IL 62703<br>    Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/Respondent, if you have one. |   b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>    Name *(First, Middle, Last)*: _____<br>    Street Address, Unit #: _____<br>    City, State, ZIP: _____<br>    Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. |   c. Method of service on Defendant/Respondent:<br>    ☑ Sheriff      ☐ Sheriff outside Illinois: _____<br>                                                    *County & State*<br>    ☐ Special process server      ☐ Licensed private detective |

FILED DATE: 6/17/2022 11:46 AM 20221106701

<b>Case: 1:22-cv-03294 Document #: 1-2 Filed: 06/23/22 Page 3 of 13 PageID #:51</b>

<b>FILED DATE: 6/17/2022 11:46 AM 2022L106701</b>

Enter the case number given by the Circuit Clerk:  2022L106701

| | | |
|---|---|---|
| In **2**, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:** Amount claimed:  $ 15,000.00 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*: Law Offices of Robert S. Gitmeid & Associates PLLC Street Address, Unit #: 55 W Monroe Ste 560 City, State, ZIP: Chicago, IL 60603 Telephone: 773-869-5400     Email: alexander.m@gitmiedlaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | | |
|---|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** | **Instructions for person receiving this *Summons* (Defendant):** ☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: Address: 50 W. Washington Street City, State, ZIP: Chicago, IL 60602 |
| In **4a,** fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | | ☐ b. Attend court: On: _____ at _____ ☐ a.m. ☐ p.m. in _____        Date        Time        Courtroom **In-person at:** _____ *Courthouse Address    City    State    ZIP* OR |
| In **4b,** fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): By telephone: _____     *Call-in number for telephone remote appearance* By video conference: _____     *Video conference website* _____ *Video conference log-in information (meeting ID, password, etc.)* Call the Circuit Clerk at:  (312) 603-6000     or visit their website     *Circuit Clerk's phone number* at:  https://www.cookcountycourt.org/    to find out more about how to do this.     *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____ 6/17/2022 11:46 AM IRIS Y. MARTINEZ **Clerk of the Court:** _____ |
| **STOP!** The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.** **Date of Service:** _____ *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

*Seal of Court*



SU-S 1503.2                                         Page 2 of 4                                 (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Cook COUNTY | | |

FILED DATE: 6/17/2022 11:46 AM   20221106701

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

Arthur Jackson
**Plaintiff / Petitioner** *(First, middle, last name)*

v.

Equifax Information Services, LLC
**Defendant / Respondent** *(First, middle, last name)*

☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)*

20221106701
**Case Number**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**
_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____  at this time: _____  ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____ 2022P106701

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

*Signature by:*  ☐ Sheriff
               ☐ Sheriff outside Illinois: _____
                  *County and State*
               ☐ Special process server
               ☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____          $ _____
Total                    $ 0.00

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 6/17/2022 11:46 AM   20221106701

Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 1501
System Generated Hearing Date: 5/31/2022 9:30 AM
Location: Court Room 1501
Judge: Simon, John A.

FILED
5/31/2022 10:29 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
20221106701
Courtroom, 1501
18091300

FILED DATE: 5/31/2022 10:29 AM   20221106701

Appearance and Jury Demand *                                    (04/04/19) CCG 0009

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT / 1ST DISTRICT

Arthur Jackson
                                    Plaintiff
v.
Wells Fargo Bank, N.A., et al.
                                    Defendant

Case No. 2022 M1 106701
Claimed $: 15,000.00
Return Date: _____ Time: 9:30
Court Date: 5/31/22  Room No.: 1501
Richard J. Daley Center, Chicago, IL
Address of Court District for Filing

### APPEARANCE AND JURY DEMAND *

☑ General Appearance
☐ Jury Demand *

☐ 0900 - Fee Paid
☐ 0908 - Trial Lawyers Appearance - No Fee
☐ 1900 - Appearance and Jury Demand/Fee Paid
☐ 1904 - Appearance and Jury Demand/No Fee Paid

☐ 0904 - Fee Waived
☐ Twelve-person Jury
☐ Six-person Jury

The undersigned enters the appearance of:   ☐ Plaintiff   ● Defendant

Litigant's Name: Wells Fargo Bank, N.A.
Signature: _____

☑ Initial Counsel of Record       ☐ Pro Se (Self-represented)      ☐ 2810 Rule 707 Out-of-State Counsel (pro hac vice)
☐ Additional Appearance           ☐ Substitute Appearance

● Atty. No.: 64735       ☐ Pro Se 99500
Name: Daniel R. Waltz of Troutman Pepper Hamilton Sanders
Atty. for (if applicable):
Wells Fargo Bank, N.A.
Address: 227 West Monroe Street, Suite 3900
City: Chicago
State: IL  Zip: 60606  Phone: 312-759-5948
Primary Email: daniel.waltz@troutman.com

**IMPORTANT**
*Once this Appearance form is filed, photocopies of this form must be sent to all other parties named in this case (or to their attorneys) using either regular mail, fax, email or personal delivery. (See Illinois Supreme Court Rules 11 and 13 for more information.)*

Pro Se Only:
☐ I have read and agree to the terms of Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:
Email: shelia.williams@troutman.com

* Strike demand for trial by jury if not applicable.
I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                                                  Attorney for ☐ Plaintiff ● Defendant

**Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 1 of 1

4217
Order (Continuance) (This form replaces CCM1 0606 and CCMD 623-2 thru 6)      (12/01/20) CCM 0606

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT/ FIRST DISTRICT

#24

Arthur Jackson

Plaintiff(s)

v.

No. 2022 M1 106701

Wells Fargo Bank, N.A., Experian Information Solutions, Inc.

Defendant(s)

## CONTINUANCE ORDER

This matter having come before this Court for ☑ status ☐ pretrial ☐ trial ☐ other: _____

the Court being fully advised;

IT IS HEREBY ORDERED that this matter is continued to __6/28/22__, 2022
(date)

at __9:30__ a.m./p.m. in Room __1501__ for:

☑ status (4406)    ☐ pretrial (4405)    ☐ trial (4482)

☐ other: _____

(Please print)
Atty. No.: 62783
Name: Law Offices of Robert S. Gitmeid & Assoc, PL
Attorney for: Plaintiff
Address: 55 W Monroe, Suite 560
City/State/Zip: Chicago, IL 60603
Telephone: 773-869-5400

ENTERED:

Associate Judge John A. Simon

MAY 31 2022

Dated: Circuit Court - 2273 , _____

Judge      Judge's No.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, FIRST MUNICIPAL DISTRICT

| | |
|---|---|
| Arthur Jackson,<br><br>                Plaintiff,<br><br>– against–<br><br>Wells Fargo Bank, N.A., Experian Information Solutions, Inc. and Equifax Information Services, LLC,.<br>                Defendant(s). | Case No. 2022 M1 106701 |

## INITIAL STATUS REPORT

**The parties report the status of this matter as follows:**

**Nature of the case:** Violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. and other claims related to unlawful credit reporting practices.

**Name each Plaintiff:** Arthur Jackson

**Name and email of counsel for each Plaintiff:** Counsel for Plaintiff: Alex Mikulaschek alexander.m@gitmeidlaw.com

**Name each defendant:** Wells Fargo Bank, N.A., Experian Information Solutions, Inc. and Equifax Information Services, LLC,.

**Name/email of counsel for each Defendant:** No counsel of record for any Defendant at this time.

**Have all parties been served?** No. Plaintiff is waiting on Equifax Information Services, LLC to be successfully served.
**If not who remains to be served?**

**Amount of damages sought by complaint:** $15,000

**Are amended pleadings and or additional parties anticipated?** No

**Status of discovery:** Parties have been served, but have not appeared at this time.

**Date and time of any motion set for presentment of hearing:** Not applicable

Dated: 5/26/22

*/s/ Alexander Mikulaschek*
Plaintiff/Counsel Signature    Defendant/Counsel Signature

Filer Selected Hearing Date: No Hearing Scheduled Location: Court Room 1501 System Generated Hearing Date 6/24/2022 9:30 AM
Judge Courtroom, 1501 Location: Court Room 1501 Hearing Date
Judge: Simon, John A.

Return Date: No return date scheduled
Hearing Date: 6/24/2022 9:17 AM
Courtroom Number: 1501
Location: District 1 Court
Cook County, IL

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | | For Court Use Only |
|---|---|---|
| Cook COUNTY | **SUMMONS** | FILED<br>5/12/2022 3:32 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>17879842 |

| Instructions ▼ | | |
|---|---|---|
| Enter above the county name where the case was filed. | Arthur Jackson<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | 20221106701 |
| Enter the names of all people you are suing as Defendants/Respondents. | Wells Fargo Bank, N.A.<br>**Defendant / Respondent** *(First, middle, last name)* | 20221106701<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. | **Defendant/Respondent's address and service information:** |
|---|---|---|
| | a. | Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last):*  Wells Fargo Bank, N.A.<br>Registered Agent's name, if any:  CORPORATION SERVICE COMPANY<br>Street Address, Unit #:  2710 GATEWAY OAKS DR STE 150N<br>City, State, ZIP:  SACRAMENTO, CA  95833<br>Telephone: _____  Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last):* _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____  Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. | Method of service on Defendant/Respondent:<br>☐ Sheriff   ☑ Sheriff outside Illinois:  Sacramento, CA<br>                                                                    *County & State*<br>☐ Special process server        ☐ Licensed private detective |

SU-S 1503.2            Page 1 of 4            (06/21)

Enter the Case Number given by the Circuit Clerk: 20221106701

| | | |
|---|---|---|
| In **2**, enter the amount of money owed to you. | **2.** | **Information about the lawsuit:**<br>Amount claimed: $ 15,000.00 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** | **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: Law Offices of Robert S. Gitmeid & Associates PLLC<br>Street Address, Unit #: 55 W Monroe Ste 560<br>City, State, ZIP: Chicago, IL 60603<br>Telephone: (773) 869-5400    Email: alexander.m@gitmiedlaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | | |
|---|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** | **Instructions for person receiving this *Summons* (Defendant):**<br>☐ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: _____<br>City, State, ZIP: _____<br><br>☐ b. Attend court:<br>On: 05/31/2022      at 9:30      ☑ a.m. ☐ p.m. in 1501<br>      *Date*              *Time*                                    *Courtroom*<br>**In-person at:**<br>_____<br>*Courthouse Address*    *City*    *State*    *ZIP*<br>**OR**<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: 312-626-6799<br>      *Call-in number for telephone remote appearance*<br>By video conference: _____<br>              *Video conference website*<br>ZOOM ACCESS CODE: 970 2938 9818 PASSWORD: 380923<br>*Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: (312) 603-3961      or visit their website<br>              *Circuit Clerk's phone number*<br>at: https://www.cookcountyclerkofcourt.org/   to find out more about how to do this.<br>      *Website* |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | | |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | | |

| | | |
|---|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **Witness this Date:** _____<br>**Clerk of the Court:** 5/12/2022 3:32 PM IRIS Y. MARTINEZ | *Seal of Court* |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.<br><br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* | |

FILED DATE: 5/12/2022 3:32 PM 20221106701

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

FILED DATE: 5/12/2022 3:32 PM 20221106701

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | Arthur Jackson<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>Wells Fargo Bank, N.A.<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | 20221106701<br>**Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____  ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____

☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
On this date: _____ at this time: _____  ☐ a.m. ☐ p.m.
Address, Unit#: _____
City, State, ZIP: _____
And left it with: _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
*First, Middle, Last*
Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
On this date: _____ at this time: _____  ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 202211106701

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:** _____

*Signature by:* ☐ Sheriff
☐ Sheriff outside Illinois: _____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total    $ 0.00

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 5/12/2022 3:32 PM  20221106701